**FILED**

AUG 07 2024

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Gary Casdell Fite II <br><br> Defendant. | Case No. 4:13-cr-00212-PJH-1 <br><br> **ORDER FOR IMMEDIATE RELEASE** |

GOOD CAUSE APPEARING, the United States Marshal's Service is hereby ordered to immediately release Gary Casdell Fite II from custody. Defendant is ordered to stay away from Marcel Hammer and anyone else who has been convicted of a felony, even if they are family members. Defendant is ordered to abide by all previously ordered terms and conditions of Supervised Release.

DATED: August 7, 2024

HON. KANDIS A. WESTMORE
United States Magistrate Judge